**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JAMES J. GUERRIERI,                        Civil No. 06-3290 (JRT/AJB)

           Plaintiff,

v.                                   **ORDER ADOPTING REPORT**
                                      **AND RECOMMENDATION**

MICHAEL J. ASTRUE,

           Defendant.

---

Gary A. Ficek, **FICEK LAW OFFICE**, 15 Broadway, Suite 505, Fargo, ND 581023, for plaintiff.

Lonnie F. Bryan, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for defendant.

Based on this Court's review of the record, the Court **AFFIRMS** Magistrate Judge Boylan's Report and Recommendation [Docket No. 13] dated May 21, 2007.  IT IS **HEREBY ORDERED** that:

1. Magistrate Judge Boylan's Report and Recommendation [Docket No. 13] dated May 21, 2007 is **ADOPTED**; and

2. Defendant's Motion for Summary Judgment [Docket No. 9] **is DENIED.**

3. Plaintiff's Motion for Summary Judgment [Docket No. 6] **is GRANTED**.

4. The case is **REMANDED** to the Commissioner **for a supplemental hearing.**

DATED:  June 18, 2007                                s/John R. Tunheim
at Minneapolis, Minnesota.                          JOHN R. TUNHEIM
                                                         United States District Judge